**United States Bankruptcy Court**
Eastern District of Virginia
Newport News Division
2400 West Avenue, Suite 110
Newport News, VA 23607

**Case Number** 14−51145−SCS
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gary L. Abbott
708 Pilot House Drive
Newport News, VA 23606

Robin A. Abbott
708 Pilot House Drive
Newport News, VA 23606

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−1083                                    Joint Debtor: xxx−xx−9502

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA                                             Joint Debtor: NA

## NOTICE OF POSSIBLE DISMISSAL
### PURSUANT TO LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS

**TO:**   DEBTOR OR DEBTOR'S COUNSEL

You have filed a petition with the office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on August 13, 2014. Pursuant to Local Bankruptcy Rule 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date, **August 27, 2014**.

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

 **Chapter 13 Plan**

Date:  August 14, 2014

**William C. Redden**
**Clerk, United States Bankruptcy Court**

/s/   Polly Williams
Deputy Clerk

[30152vDec2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Gary L. Abbott  
Robin A. Abbott  
    Debtors

Case No. 14-51145-SCS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-6     User: williamsp     Page 1 of 1     Date Rcvd: Aug 14, 2014  
                Form ID: 30152     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2014.  
db/jdb      +Gary L. Abbott,   Robin A. Abbott,   708 Pilot House Drive,   Newport News, VA 23606-1941

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2014                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2014 at the address(es) listed below:  
        Michael P. Cotter    courtmail@mpcch13.com  
        Robert V. Roussos    on behalf of Joint Debtor Robin A. Abbott roussos@rgblawfirm.com,  
         janice@rgblawfirm.com  
        Robert V. Roussos    on behalf of Debtor Gary L. Abbott roussos@rgblawfirm.com,  
         janice@rgblawfirm.com  
                                                                                      TOTAL: 3